UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Action No. 5: 14-098-DCR |
| ) | and |
| Plaintiff/Respondent, ) | Civil Action No. 5: 17-312-DCR |
| ) | |
| V. ) | |
| ) | |
| MICAH T. ISRAEL, ) | **JUDGMENT** |
| ) | |
| Defendant/Movant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff/Respondent United States with respect to all issues raised by Defendant/Movant Micah T. Israel in this proceeding under 28 U.S.C. § 2255.

2. The defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the Court's docket.

3. A Certificate of Appealability shall not issue.

4. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 1st day of March, 2018.


Signed By:
*Danny C. Reeves* DCR
United States District Judge